UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, NEW YORK STATE
DEPARTMENT OF ENVIRONMENTAL
CONSERVATION, and BASIL SEGGOS, as
Commissioner of the New York State
Department of Environmental Conservation,

                      Plaintiffs,

-against-

OUDERKIRK RTP, INC.,

                      Defendant,

Case No. 1:21-cv-321 (MAD/CFH)

---

OUDERKIRK RTP, INC.,

                      Third-Party Plaintiff,

-against-

PETER L. ARNOS, EDNAMAE ARNOS, FASHION CARE
LAUNDRY & DRY CLEANERS, INC., HYUN SHIK CHUN
AND NEW FASHION CARE LAUNDRY & CLEANERS, INC.,

                      Third-Party Defendants.

---

**STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is hereby settled and voluntarily dismissed, with prejudice and without costs.

1

Dated: August 18, 2022

ALLEN & DESNOYERS LLP

*signature*

Dale A. Desnoyers, Esq.
*Attorneys for Third-Party Defendants*
*Hyuk Shik Chun and New Fashion Care*
*Laundry & Cleaners, Inc.*
120 Defreest Drive
Troy, New York 12180
(518) 426-2288
dale@allendesnoyers.com

Dated: August 17, 2022

YOUNG/SOMMER LLC

*signature*

Joseph F. Castiglione, Esq.
*Attorneys for Defendant Ouderkirk RTP, Inc.*
Executive Woods, 5 Palisades Drive
Albany, NY 12205
(518) 438-9907
jcastiglione@youngsommer.com

Dated: August 18, 2022

KNAUF SHAW LLP

*signature*

Alan J. Knauf, Esq.
Melissa M. Valle, Esq.
*Attorneys for Third-Party Defendants*
*Peter L. Arnos, Ednamae Arnos and*
*Fashion Care Laundry & Dry Cleaners, Inc.*
1400 Crossroads Building
2 State Street
Rochester, New York 14614
(585) 546-8430
aknauf@nyenvlaw.com
mvalle@nyenvlaw.com

Dated: August 22, 2022

HON. LETITIA JAMES
Attorney General of the State of New York

*signature*

Stephen M. Nagle, Assistant Attorney General
*Attorney for Plaintiffs*
Environmental Protection Bureau
The Capitol
Albany, New York 12224-0341
(518) 776-2400
Stephen.Nagle@ag.ny.gov

IT IS SO ORDERED:

*signature*

Mae A. D'Agostino
U.S. District Judge

Dated:    August 24, 2022
         Albany, NY

2